**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29027/1127017036

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Efren Jon C. Martin, Jr. and Mary Catherine Martin<br>      Debtors.<br><br>Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR<br><br>      Movant,<br>vs.<br><br>Efren Jon C. Martin, Jr. and Mary Catherine Martin, Debtors; Jill H. Ford, Trustee.<br><br>      Respondents. | No. 2:09-bk-29049-RTB<br><br>Chapter 7<br><br>CERTIFICATE OF SERVICE<br>AND<br>NO OBJECTION |

STATE OF ARIZONA   )
                           ) ss.
County of Maricopa   )

      I, Mark S. Bosco, under oath, depose and say:

| | |
|---|---|
| 1 | That on December 2, 2009, I caused to be mailed a copy of the Notice of Filing Motion for |
| 2 | Relief from Stay and Requirement to File, along with a copy of Motion for Relief from the Automatic |
| 3 | Stay, and a copy of a proposed Order Lifting Stay, in reference to the above captioned matter, by U.S. |
| 4 | mail, postage prepaid, to the following interested parties: |
| 5 | |
| 6 | Efren Jon C. Martin, Jr. and Mary Catherine Martin |
| | 2515 E. Casitas Del Rio Dr. |
| 7 | Phoenix, AZ 85024 |
| | Debtors |
| 8 | |
| 9 | Randy Nussbaum |
| | 14500 N. Northsight Blvd. |
| 10 | #116 |
| | Scottsdale, AZ 85260 |
| 11 | Attorney for Debtors |
| 12 | Jill H. Ford |
| | P.O. Box 5845 |
| 13 | Carefree, AZ 85377 |
| | Trustee |
| 14 | |
| 15 | U.S. Trustee |
| | 230 North 1st Avenue, Suite 204 |
| 16 | Phoenix, AZ 85003-1706 |
| 17 | and no objection to relief has been received by the affiant |

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016

SUBSCRIBED AND SWORN to before me this 13th day of January, 2010.

_____
Notary Public

OFFICIAL SEAL
McKINLEY SEDIG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Dec. 5, 2013

Copy of the foregoing was
mailed this 13th day of January, 2010.

Efren Jon C. Martin, Jr. and Mary Catherine Martin
2515 E. Casitas Del Rio Dr.
Phoenix, AZ 85024
Debtors

Randy Nussbaum
14500 N. Northsight Blvd.
#116
Scottsdale, AZ 85260
Attorney for Debtors

Jill H. Ford
P.O. Box 5845
Carefree, AZ 85377
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: McKinley Sedig