TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-29027 / 1127017036

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Efren Jon C. Martin, Jr. and Mary Catherine Martin<br><br>Debtors. | No. 2:09-bk-29049-RTB<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit “A”.

DATED this 13th day of January, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

Copy of the foregoing was
mailed this 13th day of January, 2010

Efren Jon C. Martin, Jr. and Mary Catherine Martin
2515 E. Casitas Del Rio Dr.
Phoenix, AZ 85024
Debtors

Randy Nussbaum
14500 N. Northsight Blvd.
#116
Scottsdale, AZ 85260
Attorney for Debtors

Jill H. Ford
P.O. Box 5845
Carefree, AZ 85377
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: McKinley Sedig

TIFFANY & BOSCO
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-29027/1127017036

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

IN RE:

Efren Jon C. Martin, Jr. and Mary Catherine Martin
Debtors.

Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR
Movant,
vs.

Efren Jon C. Martin, Jr. and Mary Catherine Martin, Debtors, Jill H. Ford, Trustee.

Respondents.

No. 2:09-bk-29049-RTB

Chapter 7

ORDER

(Related to Docket #14)

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated March 23, 2005 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR is the current beneficiary and Efren Jon C. Martin, Jr. and Mary Catherine Martin have an interest in, further described as:

Lot 460, VALLEY VISTA UNIT FOUR B, according to Book 118 of Maps, Page 4, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _______, 2009

_________________________________

JUDGE OF THE U.S. BANKRUPTCY COURT