**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-29027

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Efren Jon C. Martin, Jr. and Mary Catherine Martin<br><br><br>Debtors. | No. 2:09-bk-29049-RTB<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER |

Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR, its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 11th day of February, 2010.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Movant

Copy of the foregoing was
mailed this 11th day of February, 2010

Efren Jon C. Martin, Jr. and Mary Catherine Martin
2515 E. Casitas Del Rio Dr.
Phoenix, AZ 85024
Debtors

Randy Nussbaum
14500 N. Northsight Blvd., #116
Scottsdale, AZ 85260
Attorney for Debtors

Jill H. Ford
P.O. Box 5845
Carefree, AZ 85377
Trustee

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By: <u>Lisa Montee</u>

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-29027/1127017036

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-29049-RTB |
| Efren Jon C. Martin, Jr. and Mary Catherine Martin | Chapter 7 |
| Debtors. | ORDER |
| Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR | (Related to Docket #14) |
| Movant, | |
| vs. | |
| Efren Jon C. Martin, Jr. and Mary Catherine Martin, Debtors, Jill H. Ford, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

**EXHIBIT "A"**

property which is the subject of a Deed of Trust dated March 23, 2005 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee of Morgan Stanley Mortgage Loan Trust 2005-5AR is the current beneficiary and Efren Jon C. Martin, Jr. and Mary Catherine Martin have an interest in, further described as:

> Lot 460, VALLEY VISTA UNIT FOUR B, according to Book 118 of Maps, Page 4, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009

_____
JUDGE OF THE U.S. BANKRUPTCY COURT